**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-cr-00131-LTB-02

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

AMBER DAWN PETERSON,

      Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

      Upon the defendant's motion for early termination of supervised release, the Probation Office prepared a response to this motion, indicating that the defendant meets all criteria for early termination, except her Risk Prediction Index (RPI) score; that the defendant has been in full compliance with all supervision requirements; and that the Government does not oppose the defendant's motion. After considering the above, it is

      ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

      DATED at Denver, Colorado, this   22nd   day of December, 2010.

      BY THE COURT:

      s/Lewis T. Babcock
      Lewis T. Babcock, Senior Judge
      United States District Court